UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| RHONDA K. SPENCER AND JEFFREY A. SPENCER, INDIVIDUALLY AND AS NEXT FRIENDS OF LEVI AUSTIN SPENCER | ) ) ) ) ) ) ) | |
| v. | ) ) | NO. 2:04-CV-336 |
| BLUECROSS BLUESHIELD OF TENNESSEE, INC., BLUECROSS-BLUESHIELD OF TENNESSEE, JEFFREY CHAIN CORPORATION, AND JEFFREY CHAIN, L.P. | ) ) ) ) ) | |

## JUDGMENT

This is an action to recover speech therapy expenses brought pursuant to the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 *et seq.*

Pursuant to a memorandum opinion filed herewith, the plaintiff's motion for a judgment on the pleadings is **DENIED**; the defendant's motion for a judgment on the pleadings is **GRANTED**; and this action is **DISMISSED**.

ENTER:

THOMAS GRAY HULL
SENIOR UNITED STATES DISTRICT JUDGE